**Order entered May 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00507-CR

**FLOR DEMARI BALCARCEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB10-33676C**

## ORDER

The Court **REINSTATES** the appeal.

On April 29, 2015, we ordered the trial court to make findings appellant's brief had not been filed. Appellant has tendered his brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 29, 2015 order requiring findings.

We **GRANT** the April 29, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE